**CLOSED CIVIL CASE**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 08-22855-CIV-GRAHAM/TORRES

MORTON LUCOFF,

    Plaintiff,

vs.

OMNI CREDIT SERVICES OF FLORIDA, INC.,

    Defendants.
_____/

### ORDER

**THIS CAUSE** came before the Court upon the Plaintiff's Notice of Voluntary Dismissal with Prejudice [D.E. 3], which was filed on November 21, 2008. Based thereon, it is

**ORDERED AND ADJUDGED** that Plaintiff's action is **DISMISSED WITH PREJUDICE**, with each party to bear its own costs and fees except as otherwise agreed by the parties. It is further

**ORDERED AND ADJUDGED** that this case is **CLOSED** for administrative purposes and any pending motions are **DENIED** as moot.

**DONE AND ORDERED** in Chambers at Miami, Florida, this ___ day of December, 2008.

                                          DONALD L. GRAHAM
                                          UNITED STATES DISTRICT JUDGE

cc:  U.S. Magistrate Judge Torres
       Counsel of Record